1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH WILLIAMS,                          No.  2:17-cv-1828 KJN P

12                  Plaintiff,

13        v.                                   ORDER

14   A. DE ANDA, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel.  On March 15, 2018, plaintiff

18   filed a notice regarding denial of library access, claiming his election form for the settlement

19   conference was delayed, and requesting additional individuals be required to attend the settlement

20   conference ostensibly to address such delay.  On March 26, 2018, defendants filed a response to

21   plaintiff's notice, noting that plaintiff previously filed his election form on February 7, 2018, and

22   therefore no additional appearances are required for an issue that does not exist.

23        In the meantime, the court continued the settlement conference to July 2, 2018; thus, any

24   lack of library access in February is of no consequence.  Plaintiff's request to have additional

25   individuals appear at the settlement conference is denied.

26        Finally, the court notes that plaintiff initially requested that he appear in person at the

27   settlement conference, but in his recent notice, requested appearance by videoconference.  Good

28   cause appearing, the court will order plaintiff's appearance by videoconference.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to have additional individuals appear at the settlement conference (ECF No. 28) is denied; and

2. Plaintiff's request to appear by videoconference at the settlement conference is granted.

Dated: March 29, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will1828.ord